# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL PISTORINO,

    Plaintiff,

v.                                        Case No.: 6:25-cv-185-WWB-DCI

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review. On July 11, 2025, United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 9) in which he recommends that this case be dismissed without prejudice for failure to prosecute.

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 12, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party